IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BONNY EDWARD TAYLOR, as the Personal Representative and Administrator of the ESTATE OF ALMUS REED TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> BILL BLUE, in his individual capacity; BENJAMIN HUNTER, in his individual capacity; and ROY PARKER, in his individual capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:14-CV-1163-WKW |

## **ORDER**

The parties have notified the court that they have reached a settlement agreement. Accordingly, it is ORDERED that, on or before **June 14, 2021**, the parties shall file a joint stipulation of dismissal in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is further ORDERED that the parties are relieved of all pending deadlines (*see, e.g.*, 248), that the jury selection and trial are CANCELLED, and that all pending motions (Docs. # 271, 273, and 286) are DENIED as moot.

DONE this 14th day of May, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE